## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Miami Division

**SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

v.

**REIGN FINANCIAL INTERNATIONAL, LLC, et al.,**

Defendants.



FILED BY _____ D.C.

JUL 3 0 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### Case No. 1:26-cv-23237-KMW

### DEFENDANT PATRICK ALLEN'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Patrick Allen, appearing pro se solely for purposes of this motion, respectfully requests a further extension of time, through and including **August 16, 2026**, to answer, move, or otherwise respond to the Complaint. In support, Mr. Allen states:

1.  On June 17, 2026, this Court granted Mr. Allen's first unopposed motion for extension of time, extending his deadline to respond to the Complaint to August 2, 2026.

2.  Mr. Allen requests a further extension of two weeks, through and including August 16, 2026, in light of ongoing developments in a parallel federal criminal proceeding, United States v. Allen, No. 25 Cr. 324-DEH (S.D.N.Y.), that bear directly on Mr. Allen's response to this action.

3.  Plaintiff's counsel, Jennifer L. Farer, has advised that "the SEC does not oppose a two-week extension of your current response deadline."

4.  No trial date or scheduling order has been entered in this matter. Plaintiff will suffer no prejudice from the requested extension.

WHEREFORE, Defendant Patrick Allen respectfully requests that this Court enter an Order extending his deadline to respond to the Complaint through and including August 16, 2026.

Respectfully submitted,

**Patrick Allen**
*Defendant, Appearing Pro Se Solely for Purposes of This Motion*
Dated: July 30, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, a true and correct copy of the foregoing motion was served

upon counsel for Plaintiff by United States Certified Mail, Return Receipt Requested, addressed

as follows:

**Jennifer L. Farer, Esq.**
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549


_____

Patrick Allen, Pro Se Defendant