**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-23237-KMW-EAL**

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**vs.**

**REIGN FINANCIAL INTERNATIONAL, LLC;**
**REIGN FINANCIAL INTERNATIONAL, INC.;**
**GIORGIO JOHNSON;**
**GARY MILLS;**
**PATRICK ALLEN;**
**BERONE CAPITAL, LLC;**
**JEREMIAH BEGUESSE; and**
**FABIAN STONE,**

**Defendants.**

______________________________________________/

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO EXTEND ITS DEADLINE TO RESPOND TO THE BERONE DEFENDANTS' MOTION TO DISMISS**

Pursuant to Local Rule 7.1 and this Court's procedures, Plaintiff Securities and Exchange Commission ("SEC" or "Commission") respectfully submits this Unopposed Motion to Extend Its Deadline to Respond to the Berone Defendants' Motion to Dismiss. As explained further below, in light of Defendant Allen's and the United States' respective unopposed motions to stay currently pending before the Court, the SEC respectfully requests that the Court extend the SEC's August 24, 2026 deadline to respond to Defendants Berone Capital, LLC, Jeremiah Beguesse, and Fabian Stone's (collectively, "Berone Defendants") Motion to Dismiss the Complaint's Eighth and Ninth Claim for Relief ("Motion to Dismiss") (Dkt. No. 26) to two weeks (14 days) from the date when the Court either lifts any Court-ordered stay (whether a general or partial stay) entered in response to the pending motions or denies the motions to stay (Dkt. Nos. 27, 28) in full. No other motions to extend the SEC's response deadline have been filed.

## RELEVANT BACKGROUND

On May 7, 2026, the SEC filed its Complaint alleging securities fraud and other violations of the securities laws against Defendants Reign Financial International, LLC; Reign Financial International, Inc; Georgio Johnson; Gary Mills; Patrick Allen; Berone Capital, LLC; Jeremiah Beguesse; and Fabian Stone. (Dkt. No. 1.) The SEC subsequently moved for entry of proposed consent final judgments as to Defendants Reign Financial International, LLC; Reign Financial International, Inc; Georgio Johnson; and Gary Mills (collectively, "Reign Defendants"), which remain pending. (Dkt. Nos. 4, 11.) The Court extended Defendant Allen's response deadline twice, setting August 17, 2026 as his current response deadline. (Dkt. Nos. 13, 24.) On August 10, 2026, the Berone Defendants filed their Motion to Dismiss. (Dkt. No. 26.) The SEC's response is currently due on August 24, 2026. Pursuant to the Court's July 21, 2026 Court Order of Referral and Notice of Court Practices and Procedures, the Parties must file a joint conference report and joint proposed scheduling order within 20 days from the date the last Defendant responds to the Complaint through an answer or Rule 12 motion, which timing now depends upon Defendant Allen's response. (Dkt. No. 22.)

To date, Allen has not filed a response. Instead, on August 13, 2026, Allen filed his Motion for a Stay of All Civil Proceedings, Excepting Entry of the Pending Consent Judgments, and for Early Production of Co-Defendant-Related Materials, or, in the Alternative, for a Tailored Stay of Defendant's Discovery Obligations (Dkt. No. 27), requesting, in relevant part, a general stay of all civil proceedings in this case, except for entry of the proposed consent final judgments as to the Reign Defendants. As set forth in the SEC's response to Allen's motion, the SEC and the Berone Defendants do not oppose Allen's request for a general stay of all civil proceedings, including as applied to the Berone Defendants' Motion to Dismiss.

On August 19, 2026, the United States, through the United States Attorney's Office for the Southern District of New York that is prosecuting the parallel criminal case against Allen, filed a Motion to Intervene and for a Complete Stay of Discovery in this case. (Dkt. No. 28.) The Parties also do not oppose the United States' Motion.

## ARGUMENT

To allow for the resolution of the pending motions to stay and related issues, the Court should extend the SEC's deadline to respond to the Berone Defendants' Motion to Dismiss to two weeks (14 days) from the date when any Court-ordered stay (even one limited in scope) entered in response to the pending motions to stay is lifted or, alternatively, the Court denies the requests to stay in full. First, the SEC's requested extension is limited in duration. At the outer limits, it extends the response deadline to two weeks after the Court lifts any stay, which would align with the pendency of the criminal case that currently has a trial date set for early October. Second, no party will be prejudiced by the limited extension of the response deadline, particularly given that the Berone Defendants do not oppose the SEC's request. Specifically, if the Court grants a stay, the case will be stayed in whole or in part, obviating any need for immediate resolution of the issues presented in the Motion to Dismiss. If the Court denies the requests to stay, the case will resume in the current posture, awaiting Allen's response to the Complaint to trigger the deadline to submit a joint conference report and joint proposed scheduling order pursuant to the Court Order of Referral and Notice of Court Practices and Procedures. (*See* Dkt. No. 22.)

## CONCLUSION

For the foregoing reasons and good cause shown, the SEC respectfully requests that the Court grant this Motion and extend the SEC's deadline to respond to the Berone Defendants' Motion to Dismiss to two weeks (14 days) from the date when the Court either lifts any Court-ordered stay or denies all requests to stay (Dkt. Nos. 27, 28).

**Local Rule 7.1(a)(3) Certification**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for the SEC has conferred with counsel for the Berone Defendants, who are the only Defendants affected by the relief sought in this Motion, and the Berone Defendants do not oppose the SEC's Motion and requested extension of the SEC's response deadline.

Respectfully submitted,

Date: August 20, 2026

By: /s/ *Jennifer Farer*

Jennifer L. Farer
Gov. Atty. Bar ID No. A5503498
Direct Dial: (202) 551-5072
Email: farerj@sec.gov

James M. Carlson
S.D. Florida Bar # A5501534
Direct Dial: (202) 551-3711
Email: carlsonja@sec.gov

100 F Street, N.E.
Washington, D.C. 20549-5977

*Attorneys for Plaintiff Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 20, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and sent a copy via email and First Class Mail to pro se Defendant Patrick Allen and counsel for the Reign Defendants.

/s/ *Jennifer Farer*
Jennifer L. Farer, Esq.